**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICARDO SANTIAGO, VAUGHN FREDERICK, on their own behalf and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TOTAL LIFE CHANGES LLC and "JOHN DOES 1-5", fictitious name used to identify presently unknown entities,<br><br>        Defendants. | Civil Action No: 20-18581(SDW)(LDW)<br><br>**ORDER**<br><br><br>November 2, 2021 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant Total Life Changes, LLC's ("Defendant") Motion to Dismiss Plaintiffs Ricardo Santiago ("Santiago") and Vaughn Frederick's ("Frederick") putative class action Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) and 9, and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated November 2, 2021,

**IT IS** on this 2nd day of November, 2021

**ORDERED** that Defendant's Motion to Dismiss (D.E. 35) is **GRANTED in part and DENIED in part** as follows:

**ORDERED** that Defendant's motion is **GRANTED** on all counts as to Plaintiff Ricardo Santiago, and it is further

1

**ORDERED** that Defendant's motion is **GRANTED** on Counts Two, Four, Five, Six, Seven, Eight, and Nine and **DENIED** on Counts One and Three as to Plaintiff Vaughn Frederick; and it is further

**ORDERED** that Plaintiffs shall have thirty (30) days to file a second Amended Complaint.

**SO ORDERED**.

                                              /s/ Susan D. Wigenton
                                       **SUSAN D. WIGENTON, U.S.D.J.**

Orig:        Clerk
              Leda D. Wettre, U.S.M.J.
              Parties