# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICARDO SANTIAGO, VAUGHN FREDERICK on their own behalf, and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TOTAL LIFE CHANGES, LLC and "JOHN DOES 1-5", fictitious name used to identify presently unknown entities., <br><br> Defendants. | Civil Action No: 20-18581 (SDW)(LDW) <br><br> **Hon. Susan D. Wigenton** <br><br> **Hon. Leda D. Wettre, Magistrate Judge** |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Ricardo Santiago[1] ("Santiago") and Vaughn Frederick ("Frederick"), and Defendant Total Life Changes, LLC, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action without prejudice, with each party to bear its own fees and costs.

SO ORDERED.

_/s/ Susan D. Wigenton_
Hon. Susan D. Wigenton
United States District Judge
Dated: September 20, 2022

---

[1] Plaintiff Santiago's claims have already been dismissed with prejudice. (ECF Nos. 47, 48.)

1

Dated: September 19, 2022

| | |
|---|---|
| s/ Jarred S. Freeman_____ | s/ *Lauri A. Mazzuchetti*_____ |
| Jarred S. Freeman, Esq. | Lauri A. Mazzuchetti |

| | |
|---|---|
| **LAW OFFICE OF JARRED S. FREEMAN L.L.C.** | **KELLEY DRYE & WARREN LLP** |
| Jarred S. Freeman, Esq. | Lauri A. Mazzuchetti |
| 3480 Park Ave., Suite 202 A | Glenn T. Graham |
| Edison, NJ 08820 | One Jefferson Road, 2nd Floor |
| Tel: (732) 494-7900 | Parsippany, NJ 07054 |
| Fax: (732) 494-7904 | Tel: (973) 503-5900 |
| jarred.freemanlaw@gmail.com | lmazzuchetti@kelleydrye.com |
| | ggraham@kelleydrye.com |

**COBURN & GREENBAUM, PLLC**

Jonathan Greenbaum, Esq.
Panida Pollawit, Esq.
1710 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 470-1689
Fax: (866) 561-9712
jg@coburngreenbaum.com
panida@coburngreenbaum.com

*Attorneys for Defendant Total Life Changes, LLC*

**RICHMAN LAW FIRM PLLC**

Scott B. Richman, Esq.
630 Third Avenue, 23rd Floor
New York, New York 10017
Tel: (646) 854-3547
Fax: (646) 693-6578
srichman@richman-law-firm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) was filed electronically with the Clerk of the above-captioned Court utilizing the Court's CM/ECF system, resulting in an automatic transmission of a Notice of Electronic Filing to all counsel of record in the above-referenced proceeding.

By:   s/ Jarred S. Freeman<br>
Jarred S. Freeman, Esq.